IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JARRET C. OELTJEN,

       Plaintiff,

vs.                             CASE NO.: 4:05cv97-SPM/AK

WEST PUBLISHING CORPORATION,
a Minnesota corporation, d/b/a
The BAR/BRI Group,

       Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

       Plaintiff Jarret C. Oeltjen and Defendant West Publishing Corporation, having entered into a Settlement Agreement and Mutual Release whereby all matters of fact and things in controversy in this action have been fully and finally compromised and settled between the parties, and the parties having stipulated to the mutual dismissal with prejudice of all claims asserted therein,

       It is hereby ORDERED that this action, including all claims, shall be dismissed with prejudice.  Each party shall bear their own costs and expenses.

       SO ORDERED this 20th day of October, 2005.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge